Stephen A. Cazares (SBN 201864)
    Email: scazares@foundationlaw.com
    Phone: (323) 240-5348
**FOUNDATION LAW GROUP LLP**
4100 W. Alameda Avenue, 3rd Floor
Burbank, CA 91505

Attorneys for Plaintiff
CHILLZ STUDIO, LLC

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| CHILLZ STUDIO, LLC, a Wyoming limited liability company,<br><br>        Plaintiff,<br><br>v.<br><br>KHARIN MATVEY ANDREEVICH, an individual, also known as "KRASOTKA_TIGR"; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 3:26-cv-03063-CRB<br><br>[PROPOSED] **ORDER GRANTING PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY** AS MODIFIED<br><br>Judge: Hon.  Charles R. Breyer<br>Complaint Filed: April 9, 2026 |

### [PROPOSED] ORDER

Having considered Plaintiff Chillz Studio, LLC's Motion for Expedited Discovery, the

Declaration of Jonathan B. Loiterman and the exhibit thereto, the pleadings and papers on

file in this action, and good cause appearing, the Court hereby **GRANTS** the Motion and

**ORDERS** as follows:

1.  Plaintiff is authorized, pursuant to Federal Rule of Civil Procedure 26(d)(1), to serve

    a subpoena under Federal Rule of Civil Procedure 45 on non-party Roblox

    Corporation ("Roblox") in advance of the conference required by Federal Rule of

    Civil Procedure 26(f).

---

2. The subpoena may **only** seek documents and information sufficient to identify the operator of each Roblox account that submitted the content identified in Exhibit A to the Loiterman Declaration, including, for each such account: (a) the account holder's name; (b) email address(es) and any other contact information; (c) the IP address(es) associated with account registration and with the uploads of the infringing content; (d) account-registration date and records; and (e) payment and Roblox Developer Exchange ("DevEx") records sufficient to identify the recipient of any funds associated with the account.

3. Within seven (7) days of service of the subpoena, Roblox shall notify each affected account holder of the subpoena and of this Order, and shall provide a copy of the subpoena and this Order to each such account holder, in order to afford the account holder an opportunity to object.

4. Any affected account holder who wishes to move to quash or otherwise object to the subpoena shall do so within twenty-one (21) days of the date on which Roblox provides notice under Paragraph 3. If no motion to quash or objection is filed within that period, Roblox shall produce the responsive information to Plaintiff's counsel within fourteen (14) days thereafter.

5. Information produced in response to the subpoena shall be used by Plaintiff solely for the purpose of identifying, naming, and serving the Doe Defendants in this action and prosecuting Plaintiff's claims against the Defendants.

6. Any time limit for service of process that may be applicable to the Doe Defendants is tolled, and to the extent applicable extended, pending Plaintiff's receipt of the information produced in response to the subpoena and for a period of one hundred

and twenty (120) days thereafter, within which Plaintiff may amend its Complaint to name and effect service upon any Defendant so identified.

**IT IS SO ORDERED.**

Dated: July 13, 2026

_____
~~Hon. Charles R. Breyer~~
~~United States District Judge~~
Hon. Lisa J. Cisneros
United States Magistrate Judge